CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 07 2013

JULIA C.           CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN DONOHUE, | ) | CASE NO. 7:13CV00397 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| LT. J.D. LAMBERT, <u>ET</u> <u>AL</u>., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion for reconsideration of the denial of his prior motion for interlocutory injunctive relief (ECF No. 17) is **DENIED**.

ENTER: This 4th day of October, 2013.

_____
Chief United States District Judge