# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| JOHN DONOHUE, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Lt. J. D. LAMBERT, et al., )<br>)<br>    Defendants. ) | Civil Action No. 7:13cv00397<br><br>**ORDER**<br><br>By: Hon. Pamela Meade Sargent<br>United States Magistrate Judge |

The pro se plaintiff in this matter continues to refile discovery motions that have been considered and denied by the court. In particular, this matter is currently before the undersigned on the following motions:

1. Motion To Compel, (Docket Item No. 297);
2. Motion For Partial Default Judgment, (Docket Item No. 301); and
3. Motion To Compel, (Docket Item No. 303), ("Motions").

The substance of these Motions previously has been denied by the undersigned in Orders entered on September 17, 2015, (Docket Item No. 292), September 10, 2015, (Docket Item No. 282), and September 1, 2015, (Docket Item No. 266). For the previously stated reasons, the Motions are, again, **DENIED**.

Copies of this Order will be certified to all counsel of record and to the unrepresented plaintiff. The Clerk's Office also shall provide another copy of Docket Item Nos. 292, 282 and 266 to the plaintiff.

**THE PRO SE PLAINTIFF IS WARNED THAT, IF HE CONTINUES TO REFILE MOTIONS THAT HAVE BEEN ADDRESSED BY THIS COURT, THE COURT WILL LIMIT HIS ABILITY TO FILE PRETRIAL MOTIONS BY REQUIRING LEAVE OF THE COURT BEFORE HE MAY FILE A PRETRIAL MOTION. THE PRO SE PLAINTIFF IS ADVISED TO GOVERN HIMSELF ACCORDINGLY.**

ENTERED: September 29, 2015.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE