CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 16 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN DONOHUE, | ) | CASE NO. 7:13CV00397 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| LT. J. D. LAMBERT, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that after de novo review of the evidence and a de novo determination of those portions of the report or specified proposed findings or recommendations to which plaintiff has made specific objection, pursuant to 28 U.S.C. § 636(b)(1), plaintiff's objections (ECF No. 377) are **OVERRULED**, and the report and recommendation (ECF No. 365) is **ADOPTED** in its entirety; the motions for summary judgment filed by Defendants Swiney and Rose (ECF Nos. 284 and 311) are **GRANTED**; and the clerk **WILL** terminate these individuals as parties to the lawsuit.

ENTER: This 16th day of December, 2015.

_____
Chief United States District Judge