IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN DONOHUE, | CASE NO. 7:13CV00397 |
| Plaintiff, | |
| v. | ORDER |
| LT. J.D. LAMBERT, ET AL., | By: Glen E. Conrad |
| | Chief United States District Judge |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. Plaintiff's outstanding objections (ECF Nos. 138, 193, 221, 222, 237, 249, 251, 256, 271, 272, 276, 299, 300, 302, 306, 315, 318, 319, 335, and 352) to the prior orders of this court and the prior orders of the magistrate judge regarding discovery and pretrial matters are hereby **OVERRULED**, and the other orders of the magistrate judge are hereby **AFFIRMED**;

3. As previously ordered, defendants are **DIRECTED** to bring to trial for the court's review the prison security policies that plaintiff requested during discovery; and

2. The parties are **DIRECTED** to come to court on January 4, 2015, prepared to present testimony, evidence, and argument on the issue of spoliation, with regard the failure of the defendants to preserve the rapid eye surveillance video recordings from June 6-7, 2013. The defendants are **DIRECTED** to make Investigator McQueen or his designee available to testify regarding the maintenance of rapid eye surveillance camera footage at Red Onion—in general, and related to plaintiff's claims, in particular.

**ENTER**: This 30th day of December, 2015.

/s/ Glen E. Conrad
Chief United States District Judge