IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JOHN DONOHUE,** | ) | CASE NO. 7:13CV00397 |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| **LT. J. D. LAMBERT, ET AL.,** | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. The Report and Recommendation (ECF No. 383) is **ADOPTED**, except as to its conclusions and recommendations regarding the bystander liability claims;

2. After de novo review of those portions of the report or specified proposed findings or recommendations that are subject to specific objections, pursuant to 28 U.S.C. § 636(b)(1), the objections to the Report and Recommendation filed by Defendants Carroll and White (ECF No. 395) are **OVERRULED**, and the defendants' second motion for summary judgment (ECF No. 347) is **GRANTED IN PART AND DENIED IN PART**; specifically, the motion is **GRANTED** as to plaintiff's claims that Defendants Gallihar, Blevins, Lambert, and Barton used excessive force when applying five-point restraints on June 6, 2013, and the clerk **WILL** terminate Blevins, Gallihar, and Barton as parties to the lawsuit; but the second motion for summary judgment (ECF No. 347) is **DENIED** as to all other excessive force and bystander liability claims and as to the following defendants

Deel, Franklin, Gilbert, Lambert, McCurdy, Mullins, Brinkley, White, and Carroll;

3. Defendant Payne's second motion for summary judgment (ECF No. 345) is **DENIED**;

4. After de novo review of those portions of the report or specified proposed findings or recommendations that are subject to specific objections, pursuant to 28 U.S.C. § 636(b)(1), Defendant McCowan's objections to the Report and Recommendation (ECF No. 392) are **OVERRULED**, and McCowan's second motion for summary judgment (ECF No. 343) is **DENIED**; and

5. This matter **SHALL** proceed to trial as scheduled on January 4, 2016, as to the remaining claims and defendants.

**ENTER**: This  31st  day of December, 2015.

                                       s/Glen E. Conrad
                                       Chief United States District Judge