CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 12 2016

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN DONOHUE, | ) | CASE NO. 7:13CV00397 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LT. J. D. LAMBERT, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Plaintiff's motions for judgment as a matter of law, or in the alternative, for new trial (ECF Nos. 433, 434, 440, and 441) are **DENIED**;

2. Plaintiff's motion for appointment of counsel (ECF No. 439) is **DENIED**; and

3. Plaintiff's motion for default judgment (ECF No. 446) is **DENIED**.

ENTER: This 12th day of April, 2016.

/s/ Glen Conrad
Chief United States District Judge